Leiser Schneider, Respondent, v. Louis Ratner, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank Seidman and Others, Respondents, v. Nathan Jacobowitz and Betty Jacobowitz, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

James H. Skinner, Respondent, v. John V. Schaefer, Jr., & Co., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary E. Sullivan, Appellant, v. Henry F. Meistrell, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Jessie M. Thompson, Respondent, v. Colonial Match Company, a Domestic Corporation, and Others, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Title Guarantee and Trust Company, Appellant, v. Christian Brandlein, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Verene Trott, as Executrix, etc., of William Trott, Deceased, Appellant, v. Valentin Schmitt, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Rocco V. Ursino, Respondent, v. Isaac Weitzman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

David Vint, as Administrator, etc., of John R. Vint, Deceased, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant. (Two cases.)— Judgment and order unanimously affirmed, with costs. No opinion. Present— Woodward, Hooker, Gaynor, Rich and Miller, JJ.

John C. Wilcox, Respondent, v. James W. Davey and August Waeldin, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John C. Wilcox, Respondent, v. James W. Davey and Dietrich W. Eckoff, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William Ulmer Brewery, Respondent, v. Jacob Rechnitz, Appellant.— Judgment and order affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Robert Francis Wilson, an Infant, by Sarah Wilson, His Guardian ad Litem, Respondent, v. Ansonia Clock Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Gaynor, Rich and Miller, JJ.

George E. Craft, Appellant, v. Peekskill Lighting and Railroad Company, Respondent.— Motion for reargument granted and case set down for Monday, June 15, 1908. Present— Woodward, Jenks, Hooker, Gaynor and Miller, JJ.